## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

| | | |
|---|---|---|
| IN RE POLYESTER STAPLE | ) | |
| ANTITRUST LITIGATION | ) | **MDL DOCKET NO: 3:03CV1516** |
| _____ | ) | *Civil Docket No.: 3:04CV506* |
| | | |
| COATS AMERICAN, INC., | ) | |
| d/b/a COATS NORTH AMERICA, | ) | |
|       Plaintiff, | ) | |
| | ) | |
|       vs. | ) | |
| | ) | |
| WELLMAN, INC., et al., | ) | |
|       Defendants. | ) | |
| _____ | ) | |

**THIS MATTER** comes before the Court on the joint motion of Plaintiff Coats American, Incorporated ("Coats"), and Defendants Wellman, Incorporated ("Wellman"), John R. Hobson, and David Whitley for dismissal of these three Defendants with prejudice. (*MDL Individual Action No.: 3:04CV506*) Coats does not seek to dismiss any other claims or parties.

**IT IS HEREBY ORDERED** that the parties' joint motion is **GRANTED**. Accordingly, Defendants Wellman, John R. Hobson, and David Whitley are all **DISMISSED WITH PREJUDICE**. Pursuant to the parties' agreement, each party is to bear its own costs.

**Signed: September 2, 2005**

Richard L. Voorhees
United States District Judge

**Signed: September 28, 2005**

Richard L. Voorhees
United States District Judge

**Signed: September 29, 2005**

Richard L. Voorhees
United States District Judge

**Signed: September 29, 2005**

Richard L. Voorhees
United States District Judge