IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| IN RE: POLYESTER STAPLE ANTITRUST LITIGATION | MDL DOCKET NO: 3:03-CV-1516 |
|---|---|
| COATS AMERICAN, INC., d/b/a COATS NORTH AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>WELLMAN INC., et al.<br><br>Defendants. | WDNC DOCKET NO.: 3:04-CV-506 |

## ORDER DISMISSING CNA HOLDINGS, INC., CELANESE AMERICAS CORPORATION AND HOECHST AKTIENGESELLSCHAFT WITH PREJUDICE

For good cause shown, the above-captioned action is dismissed with prejudice against all named defendants, CNA Holdings, Inc. (f/k/a HNA Holdings, Inc. and f/k/a Hoechst Celanese Corporation), Celanese Americas Corporation (f/k/a Hoechst Corporation), and Hoechst Aktiengesellschaft (now known as Hoechst GmbH), and with each party to bear its own fees and costs.

This 12th day of June, 2008.

_____
The Honorable Richard L. Voorhees